## *United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: 08CV2933      Assigned/Issued By: DAJ

Judge Name: NORGLE      Designated Magistrate Judge:

---

### FEE INFORMATION

*Amount Due:* ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____     Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____     Receipt #: _____

Date Payment Rec'd: _____     Fiscal Clerk: _____

---

### ISSUANCES

☐ Summons                  ☐ Alias Summons

☐ Third Party Summons        ☐ Lis Pendens

☐ Non Wage Garnishment Summons    ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons

                                           *(Victim, Against and $ Amount)*

☐ Citation to Discover Assets

☐ Writ _____     ☑ Other WARRANT IN REM
      *(Type of Writ)*                      *(Type of issuance)*

1 Original and 1 copies on 05/22/08 as to FUNDS IN THE
                             *(Date)*

AMOUNT OF $75,000.00