*AC*

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number (08 CV 2933) |
| United States | |
| v. | |
| Funds in the Amount of $75,000.00 | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Donald Winchell

F I L E D
6-10-2008
JUN 1 0 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| |
|---|
| NAME (Type or print) <br> John A. Krupa |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ |
| FIRM <br> McDermott & Krupa, P.C. |
| STREET ADDRESS <br> 4747 Lincoln Mall Drive, Suite 304 |
| CITY/STATE/ZIP <br> Matteson, IL 60443 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6220376 | TELEPHONE NUMBER <br> (708) 747-4500 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐