MARSHA A. MCCLELLAN
Dirksen Federal Building
219 South Dearborn, Suite 500
Chicago, Illinois 60604
Telephone: (312) 353-2814
Facsimile: (312) 353-4324
JOE FERGUSON
Dirksen Federal Building
219 South Dearborn, Suite 500
Chicago, Illinois 60604
Telephone: (312) 353-1414
Facsimile: (312) 353-4324
Attorneys for United States of America

JOHN A. KRUPA
jkrupa@krupalaw.com
4747 Lincoln Mall Drive, Suite 304
Matteson, Illinois 60443
Telephone: (708) 747-4500
Facsimile: (708) 747-4510
Attorney for Funds in the Amount of Seventy-Five Thousand Dollars ($75,000)

FILED
6-10-2008
JUN 1 0 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>FUNDS IN THE AMOUNT OF SEVENTY-FIVE THOUSAND DOLLARS ($75,000)<br><br>　　　　　Defendant. | Case No. 08CV2933 PH<br><br>MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO PLAINTIFF'S VERIFIED COMPLAINT<br><br>Before the Honorable<br>CHARLES R. NORGLE<br>United States District Court<br>Northern District of Illinois |

　　Plaintiff, United States of America, and defendant, Donald Winchell hereby file this agreed motion for an extension of time in which to file defendant's answer to plaintiff's verified complaint.

I.  Background

On May 20, 2008, the last day available to file the complaint, Plaintiff United States of America filed a verified complaint for forfeiture, pursuant to the provisions of Title 21, United States Code, Section 881. On May 22, 2008, Donald Winchell was sent notice of the plaintiff's filing, pursuant to Federal Rule of Civil Procedure 5(a)(3), via certified mail. Pursuant to Supplemental Rule G(5) of the Federal Rules of Civil Procedure, an answer to the complaint under Rule 12 was to have been filed no later than twenty (20) days after the filing of the verified complaint, that date being June 9, 2008.

Attorney John A. Krupa has been retained to represent defendant in this matter. Attorney Krupa has been diligent in preparing a response to plaintiff's verified complaint, but unforeseen circumstances have hindered the timely completion of defendant's answer. Attorney Krupa returned from assisting his immediate family member in Colorado on June 3, 2008 to find the Plaintiff's complaint with a filing deadline less than a week away. Furthermore, Attorney Krupa was informed on June 4, 2008 that this same immediate family member has a medical emergency that requires surgery on June 11, 2008 in Denver, CO. Attorney Krupa has spent considerable amounts of time attending to her needs in Colorado and has been away from his office. As a result of Attorney Krupa's family concerns,

2

he was unable to complete defendant's response to plaintiff's verified complaint within the time allotted by the Federal Rules of Civil Procedure.

Beginning on June 4, 2008, Attorney Krupa's firm undertook attempts to contact plaintiff's attorney Marsha A. McClellan in order to secure an agreed extension of time in which to file defendant's response. By June 8, 2008 it was determined that Attorney McClellan was out of her office and could not be reached. Subsequently, on the morning of June 9, 2008, it was discovered that plaintiff's attorney Joe Ferguson worked alongside Attorney McClellan in Asset Forfeiture/Money Laundering section of the United States Attorney's Office. Attorney Krupa's law firm contacted Attorney Ferguson to request an extension of time in which to file defendant's answer to plaintiff's verified complaint, and Attorney Ferguson orally agreed to a two (2) week extension. A facsimile transmission was sent to Attorney Ferguson's office verifying the oral agreement to an extension. (See attached exhibit A).

II.   Analysis

Federal Rule of Civil Procedure 6(b)(1)(B) allows for the court to grant an extension of time in which to act if made upon motion after the time has expired if the party failed to act because of excusable neglect. Defendant attorney's neglect to file the answer to the verified complaint is due to the

3

fact that his obligations to his family arose in an immediate and unforeseen manner leaving him little time to complete his response to plaintiff's complaint in the time allotted in the Federal Rules.

III.    Conclusion

WHEREFORE, based on the foregoing, the undersigned parties respectfully request that this Honorable Court grant this motion to extend the time in which defendant has to file an answer to plaintiff's verified complaint. Specifically, defendant requests that the court grant Attorney Krupa an extension to June 25, 2008, as agreed between the plaintiff's and defendant's attorneys.

```
 1  Dated: June ___, 2008
    Respectfully submitted:
 2

 3

 4  _____
    JOHN A. KRUPA
 5  jkrupa@krupalaw.com
    4747 Lincoln Mall Drive, Suite 304
 6  Matteson, Illinois 60443
    Telephone: (708) 747-4500
 7  Facsimile: (708) 747-4510
    Attorney for Funds in the Amount of Seventy-Five Thousand Dollars
 8  ($75,000)

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27
```

## **PROOF OF SERVICE**

I am over the age of 18 years and not a party to this action. My business address is:

[X]   THE LAW FIRM OF McDERMOTT & KRUPA, P.C.
      4747 LINCOLN MALL Dr., SUITE 304
      MATTESON, IL 60443
      Telephone No. (708) 747-4500; Facsimile No. (708) 747-4510

On June 11, 2008, I served the document entitled **Motion for Extension of Time to File Answer to Plaintiff's Verified Complaint** upon the parties to this action addressed as stated on the attached service list:

[ ]   **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

   [ ]   **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Denver, Colorado, with first class postage thereon fully prepaid.

   [ ]   **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Denver, Colorado, with Express Mail postage paid.

[ ]   **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee.

[ ]   **FEDERAL EXPRESS BY AGREEMENT OF ALL PARTIES:** By placing in sealed envelope(s) designated by Federal Express with delivery fees paid or provided for, which I deposited in a facility regularly maintained by Federal Express or delivered to a Federal Express courier, at Denver, Colorado.

[ ]   **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

[X]   **FAX (BY AGREEMENT ONLY):** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

[X]   **(Federal)** I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made. I declare under penalty of perjury that the foregoing is true and correct.

Date: June 11, 2008                              _____
                                                 BRANDON T. McCARTHY

8

**THE LAW FIRM OF McDERMOTT & KRUPA, P.C.**
**4747 Lincoln Mall Drive, Suite 304**
**Matteson, IL, 60443**

## SERVICE LIST

MARSHA A. MCCLELLAN
Dirksen Federal Building
219 South Dearborn, Suite 500
Chicago, Illinois 60604
Telephone: (312) 353-2814
Facsimile: (312) 353-4324
Attorney for the United States of America

JOE FERGUSON
Dirksen Federal Building
219 South Dearborn, Suite 500
Chicago, Illinois 60604
Telephone: (312) 353-1414
Facsimile: (312) 353-4324
Attorney for the United States of America

# LAW FIRM OF MCDERMOTT & KRUPA, P.C.

| | |
|---|---|
| 64 Orland Square Drive, Suite 316 | 4747 Lincoln Mall Drive, Suite 304 |
| Orland Park, Illinois 60462 | Matteson, Illinois 60443 |
| Phone (708) 349-4737 | Phone (708) 747-4500 |
| Fax (708) 349-4829 | Fax (708) 747-4510 |

June 9, 2008

To: Assistant United States Attorney Marsha McClellan
Assistant United States Attorney Joe Ferguson
Dirksen Federal Building
219 South Dearborn, Room 500
Chicago, IL 60604

Re: **United States v. Funds in the Amount of $75,000**
**08 C 2933 (N.D. Il.)**

Dear Marsha and Joe:

This letter is written to memorialize the conversation between our offices which took place over the telephone on June 9, 2008. Pursuant to our conversation, your office has agreed to extend the time we are allowed to file an answer to the verified complaint in the above-referenced case by two weeks to June 25, 2008.

Sincerely,

Brandon T. McCarthy

**EXHIBIT A**

Dictated, but not read BTM/jp