IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

_United States of America_
PLAINTIFF

VS.

_Funds in the Amount of $75,000_
DEFENDANT

CASE NO. _08CV2933_

FILED
6-10-2008
JUN 1 0 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTICE OF MOTION

TO: _Marsha A. McClellan_
_Joe Ferguson_
_219 South Dearborn, Suite 500_
_Chicago, IL 60604_

On _June 20_, _2008_, at _9:30_ a.m. / p.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable _Judge Norgle_ in Courtroom _2341_ at the United States District Court Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and present _Motion for an Extension of Time to File Answer to Plaintiff's Verified Complaint_

Name _John A. Krupa_
Address _4747 Lincoln Mall Dr, Suite 304_
City / Zip _Matteson, IL 60443_
Telephone _(708) 747-4500_

## PROOF OF SERVICE

I, the undersigned (plaintiff / defendant), certify that on the ____ day of ____,
I served a copy of this notice to each person whom it is directed by way of ____

_____
SIGNATURE / CERTIFICATION          DATE