| U.S. Department of Justice<br>United States Marshals Service | | PROCESS RECEIPT AND RETURN<br>RECEIVED<br>08 MAY 27 AM 7:43 | |
|---|---|---|---|
| PLAINTIFF<br>UNITED STATES OF AMERICA | | N. DIST. OF ILL. | COURT CASE NUMBER<br>08 C 2933 |
| DEFENDANT<br>FUNDS IN THE AMOUNT OF $75,000 | | | TYPE OF PROCESS<br>VERIFIED COMPLAINT FOR FORFEITURE |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

**FUNDS IN THE AMOUNT OF $75,000 c/o DEA**

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)

**230 SOUTH DEARBORN, 9TH FLOOR, CHICAGO, ILLINOIS 60604**

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

PATRICK J. FITZGERALD, UNITED STATES ATTORNEY
UNITED STATES ATTORNEY'S OFFICE
219 SOUTH DEARBORN, ROOM 500
CHICAGO, ILLINOIS 60604
ATTENTION: MARSHA A. McCLELLAN, AUSA

| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

**PERSONAL SERVICE IS REQUIRED.**    Prepared by: B. Robertson

Signature of Attorney or other Originator requesting service on behalf of: *[signature] MARSHA A. McCLELLAN, AUSA*   ☒ PLAINTIFF  ☐ DEFENDANT

TELEPHONE NUMBER (312) 353-5300    DATE 5/22/08

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>No. ___ | District of Origin<br>No. ___ | District to Serve<br>No. ___ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above).

**Peggy Fitzgerald, Szd Asst Spclst**

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 6/9/08    Time: 1445 pm

Signature of U.S. Marshal or Deputy: *[signature]*

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|

REMARKS:

② 

FILED
JUN 11 2008
6-11-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

PRIOR EDITIONS MAY BE USED    SEND ORIGINAL + 2 COPIES to USMS.    FORM USM 285 (Rev. 12/15/80)

1. CLERK OF COURT  2. USMS Record  3. Notice of Service  4. Billing Statement  5. Acknowledgment of Receipt