FILED
JUN 25 2008
6-25-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FUNDS IN THE AMOUNT OF SEVENTY-FIVE THOUSAND DOLLARS ($75,000)

    Defendant,

DONALD WINCHELL,

    Claimant.

Case No. 08CV2933 PH

The Honorable
Charles R. Norgle
Presiding

## CLAIM

JOHN A. KRUPA, attorney at law, and authorized by DONALD WINCHELL, owner of the seized property, to make this Claim, enter an appearance in this action on behalf of DONALD WINCHELL, the sole owner entitled to possession of the seized funds in the amount of Seventy Five Thousand Dollars and NO/100 ($75,000.00). DONALD WINCHEL, by virtue of ownership of the property, demand restitution and the right to defend this forfeiture action.

Respectfully submitted:

_____
JOHN A. KRUPA

Law Firm of McDermott & Krupa, P.C.
jkrupa@krupalaw.com
4747 Lincoln Mall Drive, Suite 304
Matteson, Illinois 60443
Telephone: (708) 747-4500
Facsimile: (708) 747-4510
Attorney for Claimant