UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
JUN 25 2008 EA
6-25-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08CV2933 |
| Plaintiff, | |
| v. | The Honorable<br>Charles R. Norgle<br>Presiding |
| FUNDS IN THE AMOUNT OF SEVENTY-FIVE THOUSAND DOLLARS ($75,000) | |
| Defendant, | |
| DONALD WINCHELL, | |
| Claimant. | |

## NOTICE OF FILING

TO: Marsha A. McClellan
Assistant United States Attorney
219 S. Dearborn St, 5th Floor
Chicago, Illinois 60604

PLEASE TAKE NOTICE on June 25, 2008, DONALD WINCHELL's Claim was filed with the Clerk of the District Court, Northern District of Illinois, a copy of which is attached and hereby serve d upon you.

JOHN A. KRUPA

Law Firm of McDermott & Krupa, P.C.
jkrupa@krupalaw.com
4747 Lincoln Mall Drive, Suite 304
Matteson, Illinois 60443
Telephone: (708) 747-4500
Facsimile: (708) 747-4510
Attorney for Claimant

# PROOF OF SERVICE

I am over the age of 18 years and not a party to this action. My business address is:

THE LAW FIRM OF McDERMOTT & KRUPA, P.C.
4747 LINCOLN MALL Dr., SUITE 304
MATTESON, IL 60443
Telephone No. (708) 747-4500; Facsimile No. (708) 747-4510

On June 25, 2008, I served the document entitled **Claim** upon the parties to this action addressed as stated on the attached service list:

[ ]   **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

[X]   **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Matteson, Illinois, with first class postage thereon fully prepaid.

[ ]   **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Matteson, Illinois, with Express Mail postage paid.

[ ]   **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee.

[ ]   **FEDERAL EXPRESS BY AGREEMENT OF ALL PARTIES:** By placing in sealed envelope(s) designated by Federal Express with delivery fees paid or provided for, which I deposited in a facility regularly maintained by Federal Express or delivered to a Federal Express courier, at Matteson, Illinois.

[ ]   **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

[X]   **FAX (BY AGREEMENT ONLY):** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

[ ]   **(Federal)** I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made. I declare under penalty of perjury that the foregoing is true and correct.

Date: June 25, 2008

JOHN A. KRUPA

3

## SERVICE LIST

MARSHA A. MCCLELLAN
Dirksen Federal Building
219 South Dearborn, Suite 500
Chicago, Illinois 60604
Telephone: (312) 353-2814
Facsimile: (312) 353-4324
Attorney for the United States of America