UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff, | Case No. 08CV2933 PH |
| v. | The Honorable<br>Charles R. Norgle<br>Presiding |
| FUNDS IN THE AMOUNT OF SEVENTY-FIVE THOUSAND DOLLARS ($75,000)<br>  Defendant, | |
| DONALD WINCHELL,<br>  Claimant. | |

FILED
JUN 25 2008 EA
6-25-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## ANSWER TO COMPLAINT FOR FORFEITURE

NOW COMES the Claimaint, DONALD WINCHELL, by and through his attorney, JOHN A. KRUPA of the Law Firm of McDermott & Krupa, P.C., and in answer to the Plaintiff's Complaint for Forfeiture, states as follows:

1. The Claimant generally denies each and every allegation of Plaintiff's Complaint for Forfeiture.

### FIRST AFFIRMATIVE DEFENSE

2. The Plaintiff's Complaint for Forfeiture fails to state sufficient facts to state a cause of action for forfeiture of the Defendant *res* by not linking the Defendant *res* to illegal drug activity.

Respectfully submitted:

JOHN A. KRUPA

Law Firm of McDermott & Krupa, P.C.
jkrupa@krupalaw.com
4747 Lincoln Mall Drive, Suite 304
Matteson, Illinois 60443
Telephone: (708) 747-4500
Facsimile: (708) 747-4510
Attorney for Claimant