# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2933 | **DATE** | 7/10/2008 |
| **CASE TITLE** | USA vs. Funds in the Amount of $75,000 | | |

**DOCKET ENTRY TEXT**

Claimant's Motion to Quash Arrest and Suppress Evidence [11] is entered and continued.

■ [ For further details see text below.]  Docketing to mail notices.

## STATEMENT

Counsel for Claimant Winchell has failed to file an affidavit or anything else in support of his Motion to Quash Arrest and Suppress Evidence. What is before the court is a pleading signed and filed by counsel, and nothing more. Leave is granted to file a new motion or supplement the present Motion on or before July 25, 2008. In the event of noncompliance, the Motion will be stricken or denied. See United States v. Funds in the Amount of $30,670, 403 F.3d 448 (7th Cir. 2005).

FILED
2008 JUL 10 PM 5:19
CLERK
U.S. DISTRICT COURT

Courtroom Deputy Initials: