ARREST WARRANT IN REM

# UNITED STATES DISTRICT COURT

FOR THE

**NORTHERN DISTRICT OF ILLINOIS**

**EASTERN DIVISION**

U.S. v. Funds in the Amount of $75,000

08 C 2933

Judge Norgle

FILED
JUL 18 2008 YM
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

*To the United States Marshals Service:*

Whereas, on the 20th of May, A.D. 2008, a Verified Complaint for Forfeiture was filed in the United States District Court for said Northern District of Illinois, by PATRICK J. FITZGERALD, United States Attorney for said District, on behalf of the United States, against

funds in the amount of seventy five thousand dollars ($75,000.00),

and praying that all persons interested in said property may be cited in general and special, to answer the premises; and due proceedings being had, that the said property may, for the causes in said complaint mentioned, be condemned as forfeited to use of the United States.

YOU ARE THEREFORE HEREBY COMMANDED to attach the said property and to detain the same in your custody until further order of said Court respecting the same; and to give notice by publication in the CHICAGO TRIBUNE to all persons claiming the same, or knowing or having anything to say why the same should not be condemned as forfeited to the use of the United States, pursuant to the prayer of said complaint, that they be and appear before the said Court, at the city of Chicago within thirty (30) days after giving of notice, if the same shall be a day of jurisdiction thereafter, then and there to interpose a claim or right against the property for the same and to make their allegations in that behalf and that they file and serve their answers within twenty (20) days after the filing of said claim. And what you have done in the premises, do you then and there make return thereof, together with this writ.

| WITNESS THE HONORABLE | UNITED STATES DISTRICT JUDGE AT |
|---|---|
| DATE MAY 22 2008 | CLERK **MICHAEL W. DOBBINS** (BY) DEPUTY CLERK |

Returnable _____ days after issue.

UNITED STATES MARSHALS SERVICE

| DISTRICT N/IL | DATE THE WITHIN WRIT WAS RECEIVED AND EXECUTED June 10th, 08 |
|---|---|
| U.S. MARSHAL Kim R. Widup | (BY) DEPUTY MARSHAL James N Nevils |